1032

[No. 23217-1-II.   Division Two.   December 17, 1999.]

THE CITY OF TACOMA, *Appellant*, v. ANTHONY G. BIONDI, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00169-4, Vicki L. Hogan, J., entered March 20, 1998. *Reversed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 23422-0-II.   Division Two.   December 17, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN J. CHANDLER, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 98-8-00013-2, E. Thompson Reynolds, J., entered June 10, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Houghton, J.

[No. 23472-6-II.   Division Two.   December 17, 1999.]

*In the Matter of the Marriage of* PATRICIA L. WILSON, *Respondent*, and LEONARD E. WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-3-00341-8, Paula Casey, J., entered May 19, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 23520-0-II.   Division Two.   December 17, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RILEY L. GARVIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 98-1-00131-1, Joel M. Penoyar, J., entered July 24, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Houghton, JJ.